# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

S&H AUTOMOTIVE, INC., et al.

    VS                                              CASE NO.  3:03cv203/MCR/MD

BRIDGESTONE/FIRESTONE, INC.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on      June 24, 2005
Type of Motion/Pleading: MOTION TO WITHDRAW as counsel (by Richard S. Johnson, Esquire)
Filed by:  plaintiffs          on  6/23/2005    Document   43
( )   Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ *C. Justice*
                                    Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 28th day of June, 2005, that:

    The requested relief is GRANTED.  Plaintiffs shall have 30 days to retain new counsel.  Proceedings shall be stayed during that time.  By the end of the 30 day period, new counsel should appear or plaintiffs will be considered pro se.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____